IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE SIMPSON,

     Petitioner,          No. 2:12-cv-2516 GGH P

   vs.

DOMINGO URIBE, Jr.,

     Respondent.        ORDER

_____/

     Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On December 27, 2012, respondent filed and served its answer on petitioner at his address of record. On January 10, 2013, petitioner filed a notice of change of address, signed January 3, 2013, indicating that he is now located at Tallahatchie County Correctional Facility.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Respondent shall serve its answer on petitioner at his new address of record within seven days of this order unless it has already done so, and file proof of service with the court; and

\\\\\

\\\\\

1

2. Petitioner may file a traverse within thirty days of receipt of the answer.

DATED: February 13, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: 076/simp2516.srv.wpd